UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Randal R. Leonard,<br>Attorney at Law, Bar No. 6716 | Case No. 2:23-ms-00024<br><br>ORDER OF SUSPENSION |

On April 27, 2023, this Court entered an Order to Show Cause (ECF No. 1 ("OSC")), mailed via certified mail with a Certified Mail Return Receipt, status unknown. The OSC provided Mr. Leonard with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Leonard. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Randal R. Leonard, Bar No. 6716, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 22nd Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th Day of June 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Randal R. Leonard
> c/o Michael J. Warhola, Esq.
> 625 S. 6th St.
> Las Vegas, NV 89101

Certified Mail No.: 7020 3160 0000 7420 3678

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada