# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Randal R. Leonard<br>Attorney at Law, Bar No. 6716 | Case No.: 2:23-ms-00024<br><br>ORDER GRANTING PETITION FOR REINSTATEMENT<br><br>[ECF No. 7] |

Randal Leonard was suspended from the practice of law by the Supreme Court of Nevada in 2019 and 2023. He was suspended from practicing law in this court on June 23, 2023. ECF No. 5. On February 21, 2025, Mr. Leonard was reinstated to practice by the Supreme Court of Nevada, subject to probationary conditions for six months. The probationary period expired August 21, 2025 and Mr. Leonard is in good standing with the State Bar of Nevada. Mr. Leonard now petitions to be reinstated to this court. ECF No. 7.

Under Local Rule IA 11-7(i), a suspended attorney "may petition for reinstatement to practice before this court . . . as may be supported by good cause and the interests of justice." The decisions whether and under what circumstances the attorney will be reinstated to practice before this court are left to the discretion of the Chief Judge or their designee. *See id.*

I grant the petition. The probationary period imposed by the Supreme Court of Nevada has expired and the State Bar of Nevada shows Mr. Leonard is in good standing. I therefore order that Mr. Leonard's petition for reinstatement (ECF No. 7) is granted and he is reinstated to practice in United States District Court for the District of Nevada.

DATED this 27th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE